**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEYVIN JOSUE MENESES-ZELEDON, | No. 4:26-CV-01376 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN, *Pike County Correctional Facility*, | |
| Respondent. | |

## ORDER

**MAY 29, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Meneses-Zeledon's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** either shall release Meneses-Zeledon on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Meneses-Zeledon with an individualized bond hearing at which he may present evidence on or before Thursday, June 11, 2026;

3. On or before Monday, June 22, 2026, Respondent **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the

reasons for such denial (beyond simply stating that Petitioner was found

to be a danger or flight risk); and

4.    The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2