**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DEYVIN JOSUE MENESES-ZELEDON,

Petitioner,

v.

WARDEN, *Pike County Correctional Facility*,

Respondent.

No. 4:26-CV-01376

(Chief Judge Brann)

**ORDER**

**AUGUST 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner's motion to enforce compliance with the Court's prior Order, Doc. 11, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge